IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMANIC REAVES, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-317-MTT |
| | * |
| ABILITY RECOVERY, LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of January, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk